UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTILIO FIORDIROSA, THOMAS GREEN, IVAN KENTER, BECKY PALMER, and RUTH TANENBAUM, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>       Defendant | Case No.: 2:21-CV-06682-PKC-JMW<br><br>**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(A)(1)(A)(II)** |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Attilio Fiordirosa, Thomas Green, Ivan Kenter, Becky Palmer and Ruth Tanenbaum and Defendant Publishers Clearing House, Inc., hereby stipulate and agree to the voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

Dated:  January 10, 2023

Respectfully submitted,

| | |
|---|---|
| **HEDIN HALL LLP**<br>By: _____<br>Arun G. Ravindran<br>Email: aravindran@hedinhall.com<br>1395 Brickell Avenue<br>Suite 1140<br>Miami, FL 33131<br>Tel: 305.203.4573<br><br>*Attorneys for Plaintiffs* | **BAKER & HOSTETLER LLP**<br>By: _____<br>Robyn M. Feldstein<br>Email: rfeldstein@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Tel: 212.589.4200<br><br>*Attorneys for Defendant* |

So Ordered:  _____

                Hon. Pamela K. Chen (U.S.D.J.)